1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   THOMAS EUGENE MOORE,

11              Plaintiff,                         No. 2:12-cv-3059 KJN P

12        vs.

13   R. BROWN, et al.,

14              Defendants.                        <u>ORDER</u>

15   _____/

16              Plaintiff is a state prisoner proceeding without counsel.  Plaintiff seeks relief

17   pursuant to 42 U.S.C. § 1983, and has requested leave to proceed in forma pauperis pursuant to

18   28 U.S.C. § 1915.  This proceeding was referred to this court by Local Rule 302 pursuant to 28

19   U.S.C. § 636(b)(1).

20              Review of court records reveals that on at least three occasions lawsuits filed by

21   the plaintiff have been dismissed on the grounds that they were frivolous or malicious or failed to

22   state a claim upon which relief may be granted.  <u>See</u> Orders filed in the following cases on the

23   following dates:

24        <u>Case Number</u>              <u>Title</u>              <u>Order Issued</u>

25        01-cv-2003 GEB DAD Moore v. McElheney, et al.    December 20, 2001
          01-cv-2180 FCD DAD Moore v. Twomey             July 15, 2002
26        02-cv-0176 FCD PAN  Moore v. Three Strikes      December 16, 2003

                                        1

1     04-cv-0314 MCE DAD Moore v. Rimmer         December 15, 2005
2     06-cv-2755 FCD EFB   Moore v. Sacramento County     August 12, 2008

3         Plaintiff is therefore precluded from proceeding in forma pauperis in this action

4 unless plaintiff is "under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

5 Plaintiff has not alleged any facts which suggest that he is under imminent danger of serious

6 physical injury.  Thus, plaintiff must submit the appropriate filing fee in order to proceed with

7 this action.

8         In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall

9 submit, within twenty-one days from the date of this order, the appropriate filing fee.  Plaintiff's

10 failure to comply with this order will result in a recommendation that this action be dismissed.

11 DATED:  January 8, 2013

12

13

14                                      KENDALL J. NEWMAN
                                     UNITED STATES MAGISTRATE JUDGE

15 moor3059.3strk

16

17

18

19

20

21

22

23

24

25

26