IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS EUGENE MOORE,

      Plaintiff,                             No. 2:12-cv-03059 MCE KJN P

     vs.

R. BROWN, et al.,

      Defendants.                         <u>ORDER</u>

_____/

        On January 9, 2013, the Magistrate Judge issued an order finding that plaintiff is precluded from proceeding in forma pauperis under 28 U.S.C. § 1915(g), and was therefore required to pay the filing fee before this action may proceed. (ECF 5.) On January 15, 2013, pursuant to the mailbox rule,[1] plaintiff filed a request for reconsideration of that order.

        Local Rule 303(f) provides that a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file,[2] the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

////

---

[1] See Houston v. Lack, 487 U.S. 266, 275-76 (1988) (pro se prisoner filing is dated from the date prisoner delivers it to prison authorities).

[2] Despite plaintiff's reference, he was not declared a vexatious litigant. Rather, the order was based on a violation of 28 U.S.C. § 1915(g), which does not limit review to a seven year period.

Therefore, IT IS HEREBY ORDERED that:

1. Upon reconsideration (ECF 8), the order of the magistrate judge filed January 9, 2013 (ECF 5), is affirmed; and

2. Plaintiff is granted fourteen days in which to submit the appropriate filing fee.

Dated:   February 14, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE