IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS EUGENE MOORE,

      Plaintiff,                         No. 2: 12-cv-3059 MCE KJN P

      vs.

R. BROWN, et al.,

      Defendants.                <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On February 14, 2013, the Honorable Morrison C. England ordered plaintiff to submit the filing fee within fourteen days.  On March 14, 2013, plaintiff was granted a thirty day extension of time to submit the filing fee.  Thirty days passed and plaintiff did not submit the filing fee.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed. Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's

1

Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 2, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mo3059.dis